UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OSCAR SUALEZ, | | Case No. 5:18-00725 DSF (ADS) |
| | Petitioner, | |
| | v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| GEORGE JAIME, | | |
| | Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all relevant filings and the Report and Recommendation of the United States Magistrate Judge dated May 12, 2020 [Dkt. No. 14].

It is ordered that:

1.    The United States Magistrate Judge's Report and Recommendation [Dkt. No. 14] is accepted;

2.    The Petition is dismissed with prejudice; and

1        3.      Judgment is to be entered dismissing the action.

2

3         IT IS SO ORDERED.

DATED:  June 26, 2020

4                                     _____

                                     Honorable Dale S. Fischer

5                                     UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

2