JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR SUALEZ, | Case No. 5:18-00725 DSF (ADS) |
| Petitioner, | |
| v. | JUDGMENT |
| GEORGE JAIME, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: June 26, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE